UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>JOSHUA D. FULLER,<br><br>                Defendant. | Case No. MJ22-575<br><br>DETENTION ORDER |

<u>Offenses charged</u>:

       Mr. Fuller is charged with one count of escape, 18 U.S.C. § 751(a).

       The Court held a detention hearing on January 23, 2023, pursuant to 18 U.S.C. § 3142(f), and based upon the reasons for detention stated on the record and as hereafter set forth, finds:

       <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

       1.     Mr. Fuller stipulated to detention.

       2.     Mr. Fuller poses a serious risk of nonappearance due to the nature of the charge.

       3.     Based on these findings, and for the reasons stated on the record, there does not appear to be any condition or combination of conditions that will reasonably assure Mr. Fuller's appearance at future court hearings.

DETENTION ORDER - 1

IT IS THEREFORE ORDERED:

(1) Mr. Fuller shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Mr. Fuller shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Mr. Fuller is confined shall deliver him to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for Mr. Fuller, to the United States Marshal, and to the United States Pretrial Services Officer.

Dated this  23  day of January, 2023.

MICHELLE L. PETERSON
United States Magistrate Judge